McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-po-00023-SAB |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL |
| v. | |
| DAVID E. PRIMM | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00023-SAB against DAVID E. PRIMM, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 2, 2020           Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                  United States Attorney

                                       By:    /s/ William B. Taylor
                                                    WILLIAM B. TAYLOR
                                                    Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:20-po-00023-SAB against DAVID E. PRIMM be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **June 2, 2020**

_____
UNITED STATES MAGISTRATE JUDGE